DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**VOLODYMYR STEPANENKO,**
Appellant,

v.

**PAULO FASSMAN CORREIA, ET AL.,**
Appellee.

No. 4D22-702

[April 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey R. Levenson, Judge; L.T. Case No. PRC2000003131.

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Scott A. Weiss and R. Daniel Sirois of Scott A. Weiss, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

*      *      *

***Not final until disposition of timely filed motion for rehearing.***